In the Matter of FRANK J. HARDECKER et al., Appellants, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— No opinion.

Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ. [180 Misc. 1008.]

In the Matter of HARRY SULLIVAN, Appellant-Respondent, against LEWIS J. VALENTINE, as Commissioner of Police of the City of New York and as Chairman of the Board of Trustees of the Police Pension Fund, et al., Respondents-Appellants.— Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.